IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **LEWIS ELLIS ARNETTE,** | ) | Civil Action No. 7:12-cv-00519 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ARMOR CORRECTIONAL** | ) | |
| **HEALTH SERVICES,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

as follows:

**(1)** Armor Health's motion to dismiss (Docket No. 37) is **GRANTED**;

**(2)** Arnette's request for a preliminary injunction is **DENIED**;

**(3)** Dr. Emran's motion to dismiss (Docket No. 35) is **DENIED**;

**(4)** Dr. Emran is **DIRECTED** to file an Answer within 30 days from the entry of this order; and

**(5)** Pursuant to Standing Order No. 2013-6, Dr. Emran is **DIRECTED** to file a motion for summary judgment, supported by affidavits, within 30 days from the entry of this order**.**

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 24th day of September, 2013.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE